UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENA HICKMAN,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NEW YORK CITY POLICE DEPARTMENT - NYPD,<br><br>                    Defendant. | 25-cv-10304 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 7, 2026, order, this action is dismissed without prejudice as duplicative of *Hickman v. N.Y.C. Police Dep't – NYPD*, 1:25-CV-10165 (LTS) (S.D.N.Y.). The Court therefore denies all pending motions, applications, and requests made in this civil action without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 8, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge